IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUNNI NOBLE,**

**Plaintiff,**

v.

**CHARLEY STEVENS, STEVEN SMITH
and J. GARNETT,**

**Defendants.**                                        No. 04-CV-0953-DRH

## ORDER

**HERNDON, District Judge:**

On December 21, 2004, Sunni Noble, a former inmate at the Menard Correctional Center, filed suit against Defendants alleging deprivations of his civil rights pursuant to **42 U.S.C. § 1983** (Doc. 1). Specifically, Noble alleges that Defendants beat him without provocation.

Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Donald G. Wilkerson submitted a Report and Recommendation ("the Report") on February 23, 2006 (Doc. 11). The Report recommends that the Court dismiss this case for failure to follow Court Orders and deadlines.

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need

not conduct *de novo* review.  **Thomas v. Arn**, 474 U.S. 140, 149-52 (1985).

Accordingly, the Court **ADOPTS** the Report (Doc. 11).  The Court **DISMISSES without prejudice** Plaintiff's cause of action for failure to follow Court Orders and deadlines.

**IT IS SO ORDERED.**

Signed this 16th day of March, 2006.

                                          /s/          David   RHerndon
                                          **United States District Judge**